UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LATRECE LOCKETT,

       Plaintiff,

v.                                                       Case No.  8:07-cv-797-T-24MSS

CHOICE HOTELS INTERNATIONAL, INC.
d/b/a CLARION HOTEL, U.S. CONSOLIDATED
RESOURCES, LLC, and ADVANTAGE
EMPLOYER SOLUTIONS, INC.,

       Defendant.
_____/

**ORDER**

       This cause comes before the Court on Plaintiff's Notice of Dropping Party as to Advantage Employer Solutions, Inc. (Doc. No. 11).  Plaintiff states that she is dropping Advantage Employer Solutions, Inc. as a party in this action, which the Court construes as a motion to dismiss.  However, under Federal Rule of Civil Procedure 41(a)(1), an action may be dismissed by the plaintiff without an order of court only in the following instances: (i) by filing a notice of dismissal before the defendant files an answer or motion for summary judgment, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action.  The Court notes that neither instance is present in the instant case, and as such, the Court is unable to dismiss Advantage Employer Solutions, Inc. as a party in this matter.  Plaintiff must file the appropriate stipulation of dismissal before the Court can dismiss Advantage Employer Solutions, Inc. as a party.

**DONE AND ORDERED** at Tampa, Florida, this 27th day of July, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record