UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LATRECE LOCKETT,

    Plaintiff,

v.                                           Case No. 8:07-cv-797-T-24-MSS

CHOICE HOTELS INTERNATIONAL,
INC., d/b/a CLARION HOTELS, U.S.
CONSOLIDATED RESOURCES, LLC and
ADVANTAGE EMPLOYER SOLUTIONS, INC.,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court on the Joint Motion to Dismiss with Prejudice as to Advantage Employer Solutions, Inc., filed by Plaintiff Latrece Lockett ("Plaintiff") and Defendant Advantage Employer Solutions, Inc. ("AES") (Doc. No. 15). Defendant Choice Hotels International, Inc. ("Choice") has filed its response (Doc. No. 18).

    On July 25, 2007, Plaintiff filed a Notice of Dropping Party as to Defendant AES only (Doc. No. 11). On July 27, 2007, the Court entered an Order stating that unless Plaintiff filed the appropriate stipulation of dismissal, the Court would not be able to dismiss Defendant AES as a party (Doc. No. 12). On September 20, 2007, Plaintiff and Defendant AES filed the instant motion, and on October 19, 2007, Choice responded.

    In their motion, Plaintiff and Defendant AES state that they have resolved all of their claims, and request that all of Plaintiff's claims against Defendant AES be dismissed with prejudice. Defendant Choice responds that it cannot stipulate to the dismissal with prejudice of

Defendant AES because "if discovery reveals that AES is actually liable to Plaintiff rather than Choice, Choice may file a third-party complaint against AES and Choice is concerned that if it should decided to do so, it may be prejudiced if it were to 'stipulate' to dismiss any potential capable parties, including AES." Defendant Choice goes on to state that it neither opposes nor stipulates to the joint motion to dismiss Defendant AES.

Having considered the motion, and being otherwise fully advised, the Court finds that the Joint Motion to Dismiss with Prejudice as to Advantage Employer Solutions, Inc. (Doc. No. 15) is hereby **GRANTED**. The Court notes, however, that it is not commenting on the validity of any potential third-party claims that Defendant Choice may bring against Defendant AES in the future.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of October, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record