UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LATRECE LOCKETT,

    Plaintiff,

v.                                                                Case No.  8:07-cv-797-T-24-MSS

CHOICE HOTELS INTERNATIONAL,
INC., d/b/a CLARION HOTELS, U.S.
CONSOLIDATED RESOURCES, LLC and
ADVANTAGE EMPLOYER SOLUTIONS, INC.,

    Defendants.
_____/

## **ORDER**

    This cause comes before the Court on its own.  The Court has not yet ruled on Defendant's motion for summary judgment, and because the Court prefers to rule on dispositive motions prior to pretrial conferences, the Court hereby reschedules the pretrial conference, which is currently scheduled for June 10, 2008, to June 27, 2008 at 8:30 a.m.

    **DONE AND ORDERED** at Tampa, Florida, this 4th day of June, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record